POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joseph R. Manning, Jr SBN #223381     Michael J Manning SBN 286879<br>MANNING LAW APC<br>4667 MacArthur Blvd, Ste 150<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-200-8755   FAX NO. *(Optional)*: 866-843-8308<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff James Rutherford an individual | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside<br>STREET ADDRESS: 3470 12th Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Riverside CA 92501<br>BRANCH NAME: Eastern Division | |
| PLAINTIFF/PETITIONER: James Rutherford , an individual<br>DEFENDANT/RESPONDENT: Tacos La Bufadora a business of unknown form et al | CASE NUMBER:<br>5:18 cv 01848 – PDP-SHK |
| PROOF OF SERVICE OF SUMMONS | Ref. No or File No |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Certification and Notice of Interested Parties, Notice of Inspection, Notice to Parties of Court Directed ADR Program Notice of Assignment, Order Returning Case for Reassignment Notice of Inspection

3. a. Party served *(specify name of party as shown on documents served)*:

   Talat Radwan trustee of the J.N.J Trust Dated September 1, 1996 and Amended September 5, 2005

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Theresa Doe - Employee of Taco La Bufadora -authorized to accept ( Hispanic female 35 yrs old black hair black eyes 5 6' 145 lbs )

4. Address where the party was served:
   2560 N Perris Blvd Perris, CA 92571

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 9/25/2018   at *(time)*: 7:32 AM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Theresa Doe - Employee of Tacos La Bufadora -authorized to accept ( Hispanic female 35 yrs old black hair black eyes 5 6' 145 lbs )
   (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 9-26-18 from *(city)*: Nuevaim CA   or [ ] a declaration of mailing is attached.
   (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: James Rutherford, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Tacos La Bufadora a business of unknown form et al | 5:18 cv 01848 - DOP-SHK |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: Talat Radwan trustee of the J.N.J Trust Dated September 1, 1996 and Amended September 5, 2005
     under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                           ☐ other:

7. **Person who served papers**
   a. Name: Johnny Cash
   b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
   c. Telephone number: 949-305-9108
   d. The fee for service was: $ 35
   e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: 1417
      (iii) County: Riverside

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 9/27/2018

Johnny Cash
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

POS-010 [Rev January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

UNITED STATES DISTRICT COURT CENTRAL DISTRCIT OF CALIFORNIA

EASTERN DIVISION

James Rutherford , an individual

    PLAINTIFF(S)

CASE NUMBER

vs

5:18 CV 01848

Tacos La Bufadora a business of unknown form et al    DECLARATION OF DUE DILIGENCE

    DEFENDANT(S)

I served Summons, Complaint, Civil Case Cover Sheet  Certification and Notice of Interested Parties, Notice of Assignment, Notice to Parties of Court Directed ADR Program, Order Returning Case for Reassignment  Notice of Inspection

SUBSTITUTE SERVICE PERSUANT TO C.C.P. 415.20 (a) (b)   Talat Radwan trustee of the J,N.J  Trust Dated September 1, 1996 and  Amended September 5 ,2005

By leaving with a person at least 18 years of age: Theresa Doe - Employee of Taco La Bufadora -authorized to accept ( Hispanic female 35 yrs old black hair black eyes 5 6' 145 lbs )

Date: 9/25/2018                         Time: 7:32 AM

1- Address and City where served: 2560 N Perris Blvd Perris, CA 92571
2- Address and City also attempted : 26371 Avery Pkwy #B Mission Viejo CA 92692

On 9/26/2018 mailed a copy from Anaheim CA to the above address by first class mail postage fully prepaid. The substitute service was made only after making the following attempts to serve the defendant(s) personally.

### CERTIFICATE OF REASONABLE DILIGENCE

ON THE FOLLOWING DATE AND TIMES, I FIRST ATTEMPTED TO MAKE A PERSONAL   SERVICE BUT WAS UNABLE FOR THE REASONS AS SHOWWS:

6

9/12/2018     9:15 AM    No answer/ Business closed     ( Mission Voiejo address)

9/18/2018     4:35 PM    No answer/ Business closed     (Mission Viejo address)

9/25/2018     7:32 AM    Documents left with Theresa Doe - Employee of Taco La Bufadora -authorized to accept ( Hispanic female 35 yrs old black hair black eyes 5 6' 145 lbs )

Executed on 9/27/2018 at ANAHEIM, CA

SIGNATURE

Johnny Cash / R.T.O.T. Inc.
PSC# 1417 / RiversideCOUNTY
2390 E ORANGEWOOD AVE #530. ANAHEIM, CA 92806
(949) 305-9108